**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FRANCISCO DARIO MACEDO SOLANO,<br><br>Petitioner,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondent. | Case No. 5:26-cv-04609-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued requiring Respondent to immediately release Petitioner Francisco Daro Macedo Solano (A# 240-500-142) from custody subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Respondent is ordered to return all property and documents confiscated from Petitioner (if any) during his arrest and processing into detention.

Respondent and its officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with it, are enjoined from re-detaining

Petitioner without complying with all applicable statutes and regulations, including written notice and a pre-deprivation hearing before a neutral arbiter.

Respondent is ordered to file a status report within two (2) business days of the date of this Order to confirm that Petitioner's release from custody is subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

DATED: October 14, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE